**Electronically Filed
Supreme Court
SCWC-10-0000173
24-JAN-2014
10:27 AM**

SCWC-10-0000173

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

STATE OF HAWAIʻI,
Petitioner/Plaintiff-Appellee,

vs.

LAWRENCE DEMELLO, JR.,
Respondent/Defendant-Appellant.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-10-0000173; CASE NO. 2P108-02074)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, and Pollack, JJ.
and Circuit Judge Perkins, in place of Acoba, J., recused)

Petitioner/Plaintiff-Appellee's Application for Writ of

Certiorari, filed on December 11, 2013, is hereby accepted and

will be scheduled for oral argument.  The parties will be

notified by the appellate clerk regarding scheduling.

DATED: Honolulu, Hawaiʻi, January 24, 2014.

Artemio C. Baxa                    /s/ Mark E. Recktenwald
for petitioner

                                   /s/ Paula A. Nakayama

                                   /s/ Sabrina S. McKenna

                                   /s/ Richard W. Pollack

                                   /s/ Richard K. Perkins

